UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JEFFREY SZILAGYI**,

        Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

Case No. 3:15-cv-01054-KI

JUDGMENT

    Merrill Schneider
    Schneider Kerr Law Offices
    P.O. Box 14490
    Portland, OR 97293

        Attorney for Plaintiff

    Billy J. Williams
    Acting United States Attorney
    District of Oregon
    Janice E. Hebert
    Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste. 600
Portland, OR 97201-2902

Courtney Garcia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this __23rd__ day of December, 2015.

                                             /s/ Garr M. King
                                             Garr M. King
                                             United States District Judge